# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NUMBER 07MJ9007 |
| | ) | 2008 JAN 17 P 3:24 |
| vs | ) | ABSTRACT OF ORDER |
| | ) | Booking No. 58142?8 |
| Natalia Judith Alarcon de Denga | ) | @ MCC |
| | ) | |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __1-17-08__

the Court entered the following order:

__✓__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

__✓__ Defendant released on $ __5,000.00__ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

**PETER C. LEWIS**

UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR., Clerk

by _____ Deputy Clerk

Received _____
DUSM

Crim-9   (Rev 6-95)                                ★ U.S. GPO: 1996-783-398/40151

**CLERKS' COPY**